USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Felipe Fernandez, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Nashua Nutrition, LLC,

                Defendant.

1:24-cv-07239 (JMF) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    WHEREAS, on January 23, 2025, the parties filed a Proposed Case Management Plan for the Court's consideration (Prop. Case Management Plan, ECF No. 15); and

    WHEREAS, on January 29, 2025, the Court approved the Case Management Plan and ordered the parties to file a joint status letter regarding the status of discovery no later than March 20, 2025 (Case Management Plan, ECF No. 16); and

    WHEREAS, the parties did not file a joint status letter on March 20, 2025; and

    WHEREAS, on March 21, 2025, the Court emailed counsel to the parties and directed them to file a joint status letter no later than March 25, 2025 (2/21/25 Email from Chambers to Pl. & Def.); and

    WHEREAS, the parties did not file a joint status letter on March 25, 2025.

    NOW, THEREFORE, it is hereby **ORDERED**, as follows:

    1.    No later than April 2, 2025, the parties shall file a joint status letter apprising the Court on the status of discovery, which shall also explain the reason(s) for the (a) untimely filings and (b) disregard of the Court's email correspondence sent on March 21, 2025.

2. Failure to comply with this Order may result in the imposition of sanctions.

**SO ORDERED.**

DATED: New York, New York
March 26, 2025

_____
STEWART D. AARON
United States Magistrate Judge